FILED by GF D.C.

ELECTRONIC

FEB 05, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20110-CR-GOLD/MCALILEY

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

ENRIQUE COLLAZO-JUBAN,

　　Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about August 17, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ENRIQUE COLLAZO-JUBAN,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

　　a.　The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code,

1

Section 924(d)(l), as incorporated by Title 28, United States Code, Section 2461(c) and the procedures outlined at Title 21, United States Code, Section 853.

    b.    Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), the defendant shall forfeit to the United States, any firearm involved in or used in the commission of said violation pursuant to Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
CHRISTOPHER A. ANGELL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| ENRIQUE COLLAZO-JUBAN, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ____ | No ____ |
|---|---|---|---|---|---|---|
| X | Miami | ____ | Key West | Number of New Defendants | ____ | |
| ____ | FTL | ____ | WPB  ____ FTP | Total number of counts | ____ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    YES
   List language and/or dialect   SPANISH

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   | I   | 0 to 5 days      | X    | Petty    | ____ |
   |-----|------------------|------|----------|------|
   | II  | 6 to 10 days     | ____ | Minor    | ____ |
   | III | 11 to 20 days    | ____ | Misdem.  | ____ |
   | IV  | 21 to 60 days    | ____ | Felony   | X    |
   | V   | 61 days and over | ____ |          |      |

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   NO
   If yes:
   Magistrate Case No.  _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of  _____
   Rule 20 from the  _____  District of  _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes    X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes    X  No

_____
CHRISTOPHER A. ANGELL
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501270

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>Enrique Collazo-Juban</u>

**Case No**: _____

Count #: 1

<u>Felon in Possession of a Firearm and Ammunition</u>

<u>Title 18, United States Code, Section 922(g)(1)</u>

**\* Max. Penalty**: 10 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.