UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 09-20110-CR-GOLD

          Plaintiff,

VS.

ENRIQUE COLLAZO-JUBAN,

          Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the Defendant's Motion to Suppress Evidence [DE 45]. A review of the docket sheet reveals that on March 1, 2010, the instant motion was referred to Magistrate Judge Chris McAliley [DE 46]. On March 29, 2010, Magistrate Judge Chris McAliley issued an Report and Recommendation [DE 58] in which she recommends that the Defendant's Motion to Suppress Evidence be denied. The Defendant was permitted to file Objections to the Report and Recommendation within seven days after his receipt of the expedited transcript[1] and no objections have been filed. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [DE 58] is hereby affirmed and adopted. It is further

    **ORDERED AND ADJUDGED** that the Defendant's Motion to Suppress Evidence [DE 45] is hereby denied

    **DONE AND ORDERED** at Miami, Florida, this _____19th_____ day of April, 2010.

                                                          UNITED STATES DISTRICT JUDGE
                                                          ALAN S. GOLD

cc:    Magistrate Judge Chris McAliley
        Counsel of record

---

[1] The docket sheet in this cause reveals that the transcript of hearing held on March 26, 2010, pursuant to the Defendant's Motion to Suppress before Judge McAliley was filed on April 2, 2010 [DE 59].