UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 09-20110-CR-GOLD

                Plaintiff,

VS.

ENRIQUE COLLAZO-JUBAN,

                Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

On September 17, 2010, this matter came for hearing pursuant to the Court's Order Setting Oral Argument on the Defendant's Objections [DE 75] to the Magistrate Judge's Report and Recommendation [DE 72] on Defendant's Motion to Suppress Statements [DE 61]; and Supplement to Report and Recommendation [DE 83], Defendant's Objections [DE 87] and Government's Responses thereto [DE 78, 97]. Based on the matters presented and argument of counsel, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) The Defendant's Objections [DE 75, 87] are hereby denied.

2) The Magistrate Judge's Report and Recommendation [DE 72] and Supplement [DE 83] are hereby affirmed and adopted.

3) The Defendant's Motion to Suppress Statements [**DE 61**] is hereby denied for reasons stated of record on September 17, 2010.

**DONE AND ORDERED** at Miami, Florida, this    21st    day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    Magistrate Judge McAliley
        Counsel of record