UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. ___09-20110-CR-GOLD___

The attached hand-written document
has been scanned and is also available in the
SUPPLEMENTAL PAPER FILE

NDAY

19 Septiembre 2010

Honorable Judge Alan Gold

I here by Recall you Attention for the Third Time in this occasion to request a Replacement of my Attoney I wold have liked to Ask you about that on our appointment held at September 17 at 4:30 pm but it was impossible for me to speak directly to you because my Lawyer didn't allowed me to do so and you left the court as soon as you finished and Speaking my Lawyer and the prosecutor have some sort of Agreement, whose precise nature is unknown to me, but I possess an undeniable evidence of it I don't understand how they dare to use you in an Idirectamante so that when I go to Court, I'd end up signing papers that could compromise me as guilty I certainly hope that in this occasion you wont deny my right to express my self and show upon you the undeniable evidence that I possess Besides I believe that the strategy carried by my Lawyer is a dirty and shameful one, given the fact that you, both as a person and as a Judge, possess a high Prestige, even among the person that have been processed and sentenced by you It is a Shame that you share you Honarable Status with both lawyer and prosecutor with such a lack of dignity.