UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20110-CR-GOLD

UNITED STATES OF AMERICA

vs.

ENRIQUE COLLAZO-JUBAN,

    Defendant.
_____/

## VERDICT

We, the jury, unanimously find as to the single Count in the Indictment:

    __X__        _____
   GUILTY      NOT GUILTY

SO SAY WE ALL.

_[signature]_        _[printed]_
Foreperson (please sign)    Foreperson (please print)

10-13-2010
Date
Miami, Florida